**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMMONS,                                        :

                             Plaintiff,         :            ORDER

           -against-                            :

PILOT CORPORATION OF AMERICA,                   :        25 Civ. 10157 (GBD)

                             Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle,

(*see* ECF No. 15,) the Clerk of the Court is hereby ORDERED to close the above-captioned action,

without prejudice to restoring the action to this Court's calendar if an application to restore is made

within sixty (60) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: March 18, 2026
       New York, New York

                                        SO ORDERED.

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge